**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: STEVEN S. HARRIS & KAREN M. HARRIS     Case Number: 06-71320
1407 - 16TH AVENUE     SSN-xxx-xx-9265 & xxx-xx-3908
ROCKFORD, IL  61104

Case filed on: 7/27/2006
Plan Confirmed on: 10/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,566.75     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 3,050.00 | 3,050.00 | 2,650.00 | 0.00 |
|  | Total Legal | 3,050.00 | 3,050.00 | 2,650.00 | 0.00 |
| 999 | STEVEN S. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 13,272.16 | 13,272.16 | 4,614.38 | 0.00 |
| 002 | CITIZENS FINANCE | 5,818.35 | 5,650.00 | 4,124.76 | 315.00 |
| 003 | CITY OF ROCKFORD | 210.00 | 210.00 | 69.10 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 850.00 | 0.00 | 0.00 | 34.62 |
|  | Total Secured | 20,150.51 | 19,132.16 | 8,808.24 | 349.62 |
| 002 | CITIZENS FINANCE | 0.00 | 168.35 | 0.00 | 0.00 |
| 005 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ELLO FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 1,297.63 | 1,297.63 | 0.00 | 0.00 |
| 010 | ALLIED BUSINESS ACCOUNTS INC | 258.28 | 258.28 | 0.00 | 0.00 |
| 011 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,555.91 | 1,724.26 | 0.00 | 0.00 |
|  | Grand Total: | 24,756.42 | 23,906.42 | 11,458.24 | 349.62 |

Total Paid Claimant:     $11,807.86
Trustee Allowance:     $758.89           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

　　/s/ Lydia S. Meyer　　　　
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan